IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP,<br><br>    Plaintiff,<br><br> v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:07-cv-01014-MEF-CSC |

## Conflict Disclosure Statement

  COMES NOW Fred L. Plump, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

  _X_ This party is an individual, or

  ___ This party is a governmental entity, or

  ___ There are no entities to be reported, or

  ___ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|  |  |

                                                                         Submitted by,

| | |
|---|---|
| | /s/ Edward Still |
| James U. Blacksher | Edward Still |
| P.O. Box 636 | Edward Still Law Firm LLC |
| Birmingham AL 35201 | 2112 11th Avenue South |
|     phone 205-591-7238 | Suite 201 |
|     fax 205-591-0709 | Birmingham AL 35205-2844 |
|     email |     phone: 205-320-2882 |
| jblacksher@ns.sympatico.ca |     fax: 877-264-5513 |
| |     email: Still@votelaw.com |

                                                                         Attorneys for the plaintiff-intervenors

## CERTIFICATE OF SERVICE

      I certify that on 27 November 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

      NONE

      And I certify that I served by email and/or fax the following:

| | |
|---|---|
| Ken Wallis, Esq. | Margaret L. Fleming, Esq. |
| Legal Advisor | Misty Fairbanks, Esq. |
| Office of the Governor | Assistant Attorney General |
| State Capitol | Office of the Attorney General of |
| 600 Dexter Avenue | Alabama |
| Montgomery AL 36130 | 11 South Union Street |
|     phone 334-242-7120 | Montgomery, AL 36130-0152 |
|     fax 334-242-2335 | Email: mfleming@ago.state.al.us |
| | Email: mfairbanks@ago.state.al.us |

                                                                         /s/ Edward Still