IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP,<br><br>                    Plaintiff,<br><br>        v.<br><br>HONORABLE BOB RILEY, as Governor of<br>the State of Alabama,<br><br>                    Defendant. | CIVIL ACTION NO.<br>2:07-cv-01014-MEF-CSC |

# Typographical Correction to Amended Complaint

Paragraph 11 of the Amended Complaint contains a typographical error.  The words "to the original complaint" had replaced the words "*Riley v. Kennedy.*"  The paragraph should read as follows.

11.  In *Yvonne Kennedy v. Bob Riley,* No. 2:05-cv-01 100-MHT-DRB (M.D. Ala.), on August 18, 2006 (Doc. 23), this Court ordered that "Judgment is entered in favor of plaintiffs … and against defendant Bob Riley" and ordered the State of Alabama to obtain preclearance in accordance with § 5 before enforcing the decisions of the Alabama Supreme Court in *Stokes v. Noonan,* 534 So.2d 237 (Ala. 1988), and *Riley v. Kennedy,* 928 So.2d 1013 (Ala. 2005). This Court granted further relief to the Kennedy plaintiffs on 1 May 2007 (Doc. 48).

Submitted by,

James U. Blacksher /s/ Edward Still
P.O. Box 636 Edward Still
Birmingham AL 35201 Edward Still Law Firm LLC
     phone 205-591-7238 2112 11th Avenue South
     fax 205-591-0709 Suite 201
     email Birmingham AL 35205-2844
jblacksher@ns.sympatico.ca      phone: 205-320-2882
     fax: 877-264-5513
     email: Still@votelaw.com

Attorneys for the plaintiffs

CERTIFICATE OF SERVICE

I certify that on 28 November 2007 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

NONE

And I certify that I served by email and/or fax the following:

Ken Wallis, Esq. Margaret L. Fleming, Esq.
Legal Advisor Misty Fairbanks, Esq.
Office of the Governor James W. Davis, Esq.
State Capitol Assistant Attorney General
600 Dexter Avenue Office of the Attorney General of
Montgomery AL 36130 Alabama
     phone 334-242-7120 11 South Union Street
     fax 334-242-2335 Montgomery, AL 36130-0152
Email: mfleming@ago.state.al.us
Email: mfairbanks@ago.state.al.us
Email: jimdavis@ago.state.al.us

/s/ Edward Still

2