Hon. Debra P. Hackett, Clerk
US District Court, MD Alabama
One Church Street
Montgomery, AL 36104

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: (☐ Addressee or ☐ Agent)
X *Kim Camp*

B. Received By (Please Print Clearly)
Liz Camp

C. Date of Delivery: NOV 2 7 2007

D. Addressee's Address (If Different From Address Used by Sender)

Secondary Address / Suite / Apt. / Floor (Please Print Clearly)

Delivery Address

City    State    ZIP + 4 Code

4. Restricted Delivery? (Extra Fee) ☐ Yes
3. Service Type: CERTIFIED

2. Article Number
7155 5474 4100 3873 8020



1. Article Addressed To:

Hon. Bob Riley, Governor
State Capitol
600 Dexter Avenue
Montgomery, AL 36130

07cv1014 S&C