IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:07-cv-1014-MEF-CSC |
| ) | |
| BOB RILEY, Governor, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The undersigned enters his appearance as counsel of record for Bob Riley, in his official capacity as Governor of Alabama, defendant in this action.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Of counsel: | Troy King (KIN047)<br>Attorney General |
| Kenneth D. Wallis, II (WAL064)<br>Chief Legal Advisor<br>Office of the Governor | s/ James W. Davis<br>James W. Davis (DAV103) |
| Scott L. Rouse (ROU010)<br>Deputy Legal Advisor<br>Office of the Governor | Margaret L. Fleming (FLE001)<br>Assistant Attorneys General |
| ADDRESS OF COUNSEL:<br>Office of the Governor<br>State Capitol, Suite NB-05<br>600 Dexter Avenue<br>Montgomery, Alabama 36130<br>(334) 242-7120 Phone<br>(334) 242-2335 Fax | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>11 South Union Street<br>Montgomery, Alabama 36130<br>Telephone: (334) 242-7300<br>Facsimile: (334) 353-8440<br>jimdavis@ago.state.al.us<br>mfleming@ago.state.al.us |
| ken.wallis@governor.state.al.us<br>scott.rouse@governor.alabama.gov | **Counsel for the Defendant** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 17th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel: Edward Still, Edward Still Law Firm LLC (Still@votelaw.com), and James U. Blacksher (jblacksher@ns.sympatico.ca).

                                        s/ James W. Davis
                                        James W. Davis (DAV103)