IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:07-cv-1014-MEF-CSC |
| | ) |
| BOB RILEY, Governor, | ) |
| | ) |
| Defendant. | ) |

## CORPORATE/CONFLICT DISCLOSURE STATEMENT

The Defendant Bob Riley, in his official capacity as Governor of the State of Alabama, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant Bob Riley, who is sued in his official capacity as Governor of the State of Alabama, is an individual.

Of counsel:

Kenneth D. Wallis, II (WAL064)
Chief Legal Advisor
Office of the Governor

Scott L. Rouse (ROU010)
Deputy Legal Advisor
Office of the Governor

Respectfully submitted,

Troy King (KIN047)
Attorney General

s/ Margaret L. Fleming
Margaret L. Fleming (FLE001)
James W. Davis (DAV103)
Misty S. Fairbanks (FAI005)
Assistant Attorneys General

| | |
|---|---|
| ADDRESS OF COUNSEL:<br>Office of the Governor<br>State Capitol, Suite NB-05<br>600 Dexter Avenue<br>Montgomery, Alabama  36130<br>(334) 242-7120 Phone<br>(334) 242-2335 Fax<br><br>kwallis@governor.state.al.us<br>scott.rouse@governor.alabama.gov | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>11 South Union Street<br>Montgomery, Alabama 36130<br>Telephone: (334) 242-7300<br>Facsimile:  (334) 353-8440<br>mfleming@ago.state.al.us<br>jimdavis@ago.state.al.us<br>mfairbanks@ago.state.al.us<br><br>**Counsel for the Defendant** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Edward Still (Still@votelaw.com) and James U. Blacksher (jblacksher@ns.sympatico.ca).

s/ Margaret L. Fleming
Margaret L. Fleming (FLE001)