IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:07-cv-01014-MEF |
| | ) |
| HONORABLE BOB RILEY, | ) |
| as Governor of the State of Alabama, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Motion for Preliminary Injunction (Doc. # 6), it is hereby ORDERED as follows:

(1) Oral argument on the motion is set for January 15, 2008, at 10:00 a.m., in Courtroom 2F of the United States Courthouse, One Church Street, Montgomery, Alabama 36104.

(2) Defendants shall submit a response on or before December 28, 2007.

(3) Plaintiffs shall submit a reply on or before January 4, 2008.

(4) The Parties shall submit all stipulations of law and fact and agreed statements of fact on or before January 4, 2008.

Done on this the 18th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE