**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                      TELEPHONE (334) 954-3600

December 19, 2007

# NOTICE OF CORRECTION

From:   Clerk's Office

Case Style:   Plump v. Riley

Case Number:   2:07cv01014-MEF

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include the correct case number.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 15   filed on   December 18, 2007.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:07-cv-1014-MEF-CSC |
| ) | |
| BOB RILEY, Governor, ) | |
| ) | |
| Defendant. ) | |

## **CORPORATE/CONFLICT DISCLOSURE STATEMENT**

The Defendant Bob Riley, in his official capacity as Governor of the State of Alabama, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members, and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047, as follows:

1. Defendant Bob Riley, who is sued in his official capacity as Governor of the State of Alabama, is an individual.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Of counsel: |  |
|  | Troy King (KIN047) |
| Kenneth D. Wallis, II (WAL064) | Attorney General |
| Chief Legal Advisor |  |
| Office of the Governor | s/ Margaret L. Fleming |
|  | Margaret L. Fleming (FLE001) |
| Scott L. Rouse (ROU010) | James W. Davis (DAV103) |
| Deputy Legal Advisor | Misty S. Fairbanks (FAI005) |
| Office of the Governor | Assistant Attorneys General |

| | |
|---|---|
| ADDRESS OF COUNSEL:<br>Office of the Governor<br>State Capitol, Suite NB-05<br>600 Dexter Avenue<br>Montgomery, Alabama  36130<br>(334) 242-7120 Phone<br>(334) 242-2335 Fax<br><br>kwallis@governor.state.al.us<br>scott.rouse@governor.alabama.gov | OFFICE OF THE ATTORNEY GENERAL<br>STATE OF ALABAMA<br>11 South Union Street<br>Montgomery, Alabama 36130<br>Telephone: (334) 242-7300<br>Facsimile:  (334) 353-8440<br>mfleming@ago.state.al.us<br>jimdavis@ago.state.al.us<br>mfairbanks@ago.state.al.us<br><br>**Counsel for the Defendant** |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on the 18th day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Edward Still (Still@votelaw.com) and James U. Blacksher (jblacksher@ns.sympatico.ca).

                                               s/ Margaret L. Fleming<br>
                                               Margaret L. Fleming (FLE001)