IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:07-cv-1014-MEF |
| ) | |
| BOB RILEY, as Governor of the ) | |
| State of Alabama, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

It is hereby ORDERED that oral argument on the plaintiff's Motion for Preliminary Injunction set for January 15, 2008 at 10:00 A.M. is rescheduled for **January 15, 2008 at 9:00 A.M. (CST)**.

DONE this the 10th day of January, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE