IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP,<br><br>    Plaintiff,<br><br> v.<br><br>HONORABLE BOB RILEY, as Governor of the State of Alabama,<br><br>    Defendant. | CIVIL ACTION NO.<br>2:07-cv-01014-MEF-CSC |

## Plaintiff's Motion to Amend Judgment (Doc. 29)

  1. The Judgment (Doc. 29) appears to differ from the Order portion of the Court's Memorandum Opinion (Doc. 28).

  2. It appears that the Memorandum Opinion (Doc. 28, page 9) intended to extend General George F. Bowman's term beyond 5 February 2008 only if the defendant gave notice that he was seeking preclearance.

  3. The Judgment states in paragraph (2)a, "If the Defendant chooses not to seek preclearance, but instead to immediately appeal this Judgment, the Defendant shall so notify this court in writing on or before February 5, 2008.  **In the absence of such notification**, the Jefferson County Commission seat currently occupied by General George F. Bowman shall be vacated on that date without further order of this court" (emphasis added).

  4. Plaintiff understood the Memorandum opinion to vacate General Bowman's term if Governor Riley does **not** seek preclearance, but the highlighted words do the opposite.

1

5. For these reasons, the plaintiff prays that the Court amend Paragraph (2)a of its Judgment to read as follows:

>a. If the Defendant chooses not to seek preclearance, but instead to immediately appeal this Judgment, the Defendant shall so notify this court in writing on or before February 5, 2008. **If such notice is filed**, the Jefferson County Commission seat currently occupied by General George F. Bowman shall be vacated on **February 5, 2008**, without further order of this court.

Submitted by,

/s/ James U. Blacksher
James U. Blacksher
P.O. Box 636
Birmingham AL 35201
    phone 205-591-7238
    fax 205-591-0709
    email
jblacksher@ns.sympatico.ca

/s/ Edward Still
Edward Still
Edward Still Law Firm LLC
2112 11th Avenue South
Suite 201
Birmingham AL 35205-2844
    phone: 205-320-2882
    fax: 877-264-5513
    email: Still@votelaw.com

Attorneys for the plaintiff

CERTIFICATE OF SERVICE

      I certify that on 23 January 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

| | |
|---|---|
| Margaret L. Fleming, Esq.<br>James W. Davis, Esq.<br>Assistant Attorneys General<br>11 South Union Street<br>Montgomery, AL 36130-0152<br>Email: mfleming@ago.state.al.us<br>Email: jimdavis@ago.state.al.us | Kenneth D. Wallis, II, Esq.<br>Chief Legal Advisor<br>Scott L. Rouse, Esq.<br>Deputy Legal Advisor<br>Office of the Governor<br>State Capitol, Suite NB-05<br>600 Dexter Avenue<br>Montgomery AL 36130<br>ken.wallis@governor.state.al.us<br>scott.rouse@governor.alabama.gov |

/s/ Edward Still