IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA,
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, <br><br> Plaintiff, <br><br> v. <br><br> HONORABLE BOB RILEY, as Governor of the State of Alabama, <br><br> Defendant. | CIVIL ACTION NO. <br> 2:07-cv-01014-MEF-CSC |

## Plaintiff's Motion for Attorneys' Fees and Costs

1. The plaintiff files this motion under Rule 54(d)(2).

2. The Court granted judgment to the plaintiff on 22 January 2008 and amended the judgment on 25 January 2008.

3. The plaintiff's attorneys are entitled to reasonable attorneys' fees and other reasonable litigation expenses as part of the costs under 42 U.S.C. § 1973ℓ and 42 U.S.C. § 1988.

4. The plaintiff seeks fees and expenses for his counsel in the approximate amount of $58,000.00.

5. The plaintiff prays that the Court will set a reasonable schedule to allow the parties to present evidence on this motion, and after considering the evidence grant fees and expenses as requested.

Submitted by,

/s/ James U. Blacksher  
James U. Blacksher  
P.O. Box 636  
Birmingham AL 35201  
    phone 205-591-7238  
    fax 205-591-0709  
    email  
jblacksher@ns.sympatico.ca

/s/ Edward Still  
Edward Still  
Edward Still Law Firm LLC  
2112 11th Avenue South  
Suite 201  
Birmingham AL 35205-2844  
    phone: 205-320-2882  
    fax: 877-264-5513  
    email: Still@votelaw.com

Attorneys for the plaintiff

CERTIFICATE OF SERVICE

    I certify that on 8 February 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following attorneys:

Margaret L. Fleming, Esq.  
James W. Davis, Esq.  
Assistant Attorneys General  
11 South Union Street  
Montgomery, AL 36130-0152  
Email: mfleming@ago.state.al.us  
Email: jimdavis@ago.state.al.us

Kenneth D. Wallis, II, Esq.  
Chief Legal Advisor  
Scott L. Rouse, Esq.  
Deputy Legal Advisor  
Office of the Governor  
State Capitol, Suite NB-05  
600 Dexter Avenue  
Montgomery AL 36130  
ken.wallis@governor.state.al.us  
scott.rouse@governor.alabama.gov

/s/ Edward Still