IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, | ) |
|     PLAINTIFF, | ) ) ) |
| v. | )   CASE NO. 2:07cv1014-MEF |
| BOB RILEY, | ) ) ) |
|     DEFENDANT. | ) |

**ORDER**

This cause is before the Court on the Plaintiff's Motion for Attorneys' Fees and Costs (Doc. # 35) filed on February 8, 2008. By this motion, Plaintiff seeks an award of $58,000 in fees and expenses pursuant to 42 U.S.C. § 1973l and 42 U.S.C. § 1988. It is hereby ORDERED as follows:

1. On or before **March 26, 2008**, Plaintiff shall file a legal memorandum in support of the fees and expenses he seeks as part of his award.

2. On or before **March 26, 2008**, Plaintiff shall file an itemization of the amounts sought as attorney's fees and expenses with supporting documentation including affidavits establishing the nature of the tasks undertaken by counsel, the amount of time each task took, the reasonableness of the time spent on the matter, and the reasonableness of the hourly rates requested.[1] These submissions should include specific and detailed evidence from which the

---

[1] Any affidavit addressing the reasonableness of the hourly rate sought must come from an attorney, other than counsel of record, who has knowledge about the current rates for this type of work in the relevant legal market, Montgomery, Alabama.

Court can determine the reasonableness of the time spent on different parts of the lawsuit which set out with sufficient particularity the general subject matter of the time expenditures so that the court can assess the time claimed for each activity. These submissions must also include itemized documentation of any expense for which Plaintiff seeks an award.

    3. On or before **April 25, 2008,** Defendant shall file any response to Plaintiff's motion.

    4. On or before **May 2, 2008**, Plaintiff may file a reply. No new evidentiary submissions can be included in this reply. This is simply an opportunity for Plaintiff to make further legal argument. All evidentiary submissions in support of the motion must be submitted before March 26, 2008.

    5. To the extent that the parties intend to electronically file the submissions required by this motion, they shall also provide a courtesy copy of any electronically file document that exceeds ten pages. The courtesy copy should be submitted in a paper format to the chambers of the undersigned within two business days of electronic filing.

    DONE this the 6th day of March, 2008.

                                          /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE