IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07cv1014-MEF |
| | ) |
| BOB RILEY, | ) |
| | ) |
| DEFENDANT. | ) |

## **ORDER**

Upon consideration of the Motion to Postpone Consideration of Attorneys' Fees (Doc. # 40) filed on March 25, 2008, it is hereby ORDERED as follows:

1. The Motion to Postpone Consideration of Attorneys' Fees (Doc. # 40) is GRANTED.

2. The Plaintiff's Motion for Attorneys' Fees and Costs (Doc. # 35) filed on February 8, 2008, is DENIED WITH LEAVE to file a future motion after resolution of Defendant's appeal.

3. The Order (Doc. # 37) entered on March 6, 2008 is VACATED.

DONE this the 26th day of March, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE