IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-cv-1014-MEF |
| | ) |
| BOB RILEY, as Governor of the | ) |
| State of Alabama, | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Stay (Doc. #42) filed on April 8, 2008, it is hereby

ORDERED that the plaintiff show cause in writing on or before April 17, 2008 as to why the motion should not be granted.

DONE this the 9th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE