(ORDER LIST: 553 U.S.)

FRIDAY, APRIL 18, 2008

ORDER IN PENDING CASE

07A841    BOB RILEY, GOVERNOR OF ALABAMA V. FRED L. PLUMP

The application for stay of the judgment of the United States District Court for the Middle District of Alabama, case No. 2:07-cv-1014, entered January 22, 2008, and amended January 25, 2008, presented to Justice Thomas and by him referred to the Court is granted pending the timely docketing of the appeal in this Court. Should the jurisdictional statement be timely filed, this order shall remain in effect pending this Court's action on the appeal. If the appeal is dismissed, or judgment affirmed, this order shall terminate automatically. In the event jurisdiction is noted or postponed, this order will remain in effect pending the sending down of the judgment of this Court.