# Supreme Court of the United States

No.

07-1460

BOB RILEY, GOVERNOR OF ALABAMA,

Appellant

v.

FRED L. PLUMP

ON APPEAL from the United States District Court for the Middle District of Alabama.

THIS CAUSE having been submitted on the statement as to jurisdiction and the motion to dismiss or affirm.

ON CONSIDERATION WHEREOF, it is ordered and adjudged by this Court that the appeal is dismissed for want of jurisdiction.

October 6, 2008

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _____
Deputy

RECEIVED
2008 NOV 10 A 11: 08
DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA