IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| v. | ) CASE NO. 2:07-cv-1014-MEF |
| | ) |
| BOB RILEY, as | )     (WO) |
| Governor of the State of Alabama, | ) |
| | ) |
|     DEFENDANT. | ) |

## ORDER

Based upon the representations of the parties in the Joint Notice of Intent to Settle and Request for Order (Doc. # 73), it is hereby ORDERED as follows:

1. The Joint Notice of Intent to Settle and Request for Order (Doc. # 73) is GRANTED.

2. The January 22, 2008 Memorandum Opinion (Doc. # 28), the January 22, 2008 Judgment (Doc. # 29), and the January 25, 2009 Amended Judgment (Doc. # 33) entered by this Court are VACATED.

3. Plaintiff's Renewed Motion for Attorneys' Fees and Expenses (Doc. # 51) is DENIED as MOOT.

4. The parties are DIRECTED to file a joint stipulation of dismissal by no later than **October 30, 2009**.

Done this the 28th day of October, 2009.

/s/ Rosemary Barkett
UNITED STATES CIRCUIT JUDGE

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE

/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE