IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED L. PLUMP, ) | |
| ) | |
|    PLAINTIFF, ) | |
| ) | |
| v. ) | CASE NO. 2:07-cv-1014-MEF |
| ) | |
| BOB RILEY, as ) | (WO) |
| Governor of the State of Alabama, ) | |
| ) | |
|    DEFENDANT. ) | |

**<u>FINAL JUDGMENT</u>**

Upon consideration of the Joint Stipulation of Dismissal (Doc. # 79) filed on October 29, 2009, it is

ORDERED and ADJUDGED that this case be and is hereby DISMISSED in its entirety with prejudice, each party to bear his or its own costs and expenses. It is further

ORDERED that all pending deadlines are terminated and all pending motions are hereby DENIED as moot.

The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

Done this the 30th day of October, 2009.

                                      /s/ Rosemary Barkett
                                      UNITED STATES CIRCUIT JUDGE

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE


/s/ W. Harold Albritton
UNITED STATES DISTRICT JUDGE